IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| In re<br>Carolyn Darlene-Lucille Johnson,<br>                       Debtor,<br><br>Michael L. Wagner, Trustee of the<br>Bankruptcy Estate of Carolyn Darlene-<br>Lucille Johnson,<br><br>                       Plaintiff,<br><br>   vs.<br><br>Dorothy Tedrow,<br><br>                       Defendant. | Case No. 4:07-cv-092<br><br>**ORDER OF DISMISSAL**<br><br>Case No. 07-30037<br>    Chapter 7 |

Before the Court is a "Stipulation for Dismissal" filed on August 26, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 15) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2008.

                                            */s/ Daniel L. Hovland*
                                            Daniel L. Hovland, Chief Judge
                                            United States District Court